# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | § § § | |
| v. | § § | CIVIL ACTION NO. 06-894-JJB-DLD |
| LOUISIANA PUBLIC SERVICE COMMISSION, ET AL. | § § § § | |

consolidated with

| | | |
|---|---|---|
| CARVILLE ENERGY, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 06-903-JJB-DLD |
| LOUISIANA PUBLIC SERVICE COMMISSION, ET AL. | § § § | |

## JOINT STATUS REPORT

Pursuant to the November 10 , 2008 Agreed Order entered in the above-captioned action, the parties submit the following Joint Status Report to update the Court concerning: (a) the status of the Louisiana Public Service Commission's ("LPSC") review and approval of a Definitive Power Purchase Agreement between Entergy Louisiana, LLC ("ELL") and Occidental Chemical Corp. ("Occidental"); (b) whether Entergy Gulf States Louisiana, L.L.C. ("EGSL") and Carville Energy, LLC ("Carville") have executed a Definitive Power Purchase Agreement that will implement the Letter of Intent previously executed between these parties, and EGSL has filed or has committed to file for regulatory approval of that Definitive Power Purchase Agreement within a time frame acceptable to Carville; and (c) whether the parties intend to seek to extend this temporary stay or to seek an Amended Scheduling Order that accounts for this temporary stay.

As discussed in the Joint Status Report submitted on November 7, 2008, the LPSC approved a Definitive Agreement between ELL and Occidental in an Order dated October 28, 2008. If no appeal is taken from that Order within 45 days, it shall become final on December 22, 2008. Within 5 days of the Order becoming final, Occidental must move to dismiss this action against both ELL and the LPSC. The parties thus anticipate that absent any appeal of the Order, the claims asserted by Occidental, Civil Action No. 06-894 against the LPSC and ELL will be dismissed. The action brought by Carville, Civil Action No. 06-903, shall remain pending.

In addition, EGSL and Carville have executed a Power Purchase Agreement that implements the Letter of Intent previously executed between the parties, and submitted this Power Purchase Agreement to the LPSC for approval on November 25, 2008. The earliest that the LPSC could approve the Power Purchase Agreement is February 2009. Consistent with the Letter of Intent, the Power Purchase Agreement, if approved by the LPSC, would result in dismissal of all of Carville's claims against all parties in this case.

The parties respectfully request that the Court extend the existing temporary stay until February 28, 2009, to: (1) provide time for the LPSC to consider the Power Purchase Agreement between EGSL and Carville; and (2) for Occidental to move to dismiss its claims. To that end, the parties will submit simultaneously herewith a Joint Motion to Extend Temporary Stay.

Dated:  December 19, 2008

Respectfully Submitted:


By: s/ Luke Piontek_____   By:  s/ Edward D. Hughes_____

Mike Stenglein, admitted *pro hac vice*         James W. Draughn, Jr., P.C. , admitted *pro hac*
Brad Thompson, admitted *pro hac vice*          *vice*
KING & SPALDING LLP                             Ashley C. Parrish, admitted *pro hac vice*
401 Congress Avenue                             Emily P. Hughes, admitted *pro hac vice*
Suite 3200                                      KIRKLAND & ELLIS LLP
Austin, Texas 78701                             655 Fifteenth Street, N.W.
Tel: (512) 457-2000                             Suite 1200
Fax: (512) 457-2100                             Washington, DC 20005
                                                Phone:  (202) 879-5000
Luke Piontek (Bar No. 19979)                    Fax: (202) 879-5200
ROEDEL, PARSONS, KOCH, BLACHE,
BALHOFF & MCCOLLISTER                            W. Arthur Abercrombie, Jr. (Bar No. 2287)
8440 Jefferson Highway, Suite 301               James Leeper Ellis (Bar No. 5333)
Baton Rouge, LA  70809                          Edward Daniel Hughes (Bar No. 28617)
Telephone:  (225) 929-7033                      TAYLOR, PORTER, BROOKS & PHILLIPS
Facsimile:  (225) 928-4925                       P. O. Box 2471
                                                Phone:  (225) 387-3221
Earle H. O'Donnell, admitted *pro hac vice*      Fax:  (225) 346-8049
Zori G. Ferkin, admitted *pro hac vice*
Dan Hagan, admitted *pro hac vice*               Attorneys for Plaintiff
WHITE & CASE LLP                                 *Carville Energy, LLC*
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for Plaintiff
*Occidental Chemical Corp.*

By: s/ Noel J. Darce _____

Michael R. Fontham (Bar No. 5675)
Paul L. Zimmering (Bar No. 13798)
Noel J. Darce (Bar No. 1813)
Jackie M. McCreary (Bar No. 28676)
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Defendants
*Louisiana Public Service Commission, Jack A. ("Jay") Blossman, Jr., James M. Field, Lambert C. Boissiere, III, C. Dale Sittig, and Foster L. Campbell*

By: s/ Karen H. Freese _____

J. Wayne Anderson (Bar No. 2466)
Karen H. Freese (Bar No. 19616)
Timothy S. Cragin (Bar No. 22313)
Margaret Jenkins Savoye (Bar No. 28215)
639 Loyola Avenue
Mail Unit L-ENT-26E
New Orleans, LA 70113
Telephone: (504) 576-4170
Facsimile: (504) 576-5579

Douglas G. Green, admitted *pro hac vice*
Jennifer Quinn-Barabanov, admitted *pro hac vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902

Attorneys for Defendants
*Entergy Louisiana, LLC and Entergy Gulf States Louisiana, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2008, a true and correct copy of the Status Report was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by the court's electronic filing system to all attorneys of record.


s/ Luke Piontek _____
Luke Piontek