

FILED
U.S. DIST COURT
MIDDLE ... OF LA

2008 DEC 29  P 2: 17

BY DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | § § § | |
| v. | § § | CIVIL ACTION NO. 06-894-JJB-DLD |
| LOUISIANA PUBLIC SERVICE COMMISSION, ET AL. | § § | |

consolidated with

| | | |
|---|---|---|
| CARVILLE ENERGY, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 06-903-JJB-DLD |
| LOUISIANA PUBLIC SERVICE COMMISSION, ET AL. | § § | |

## ORDER

Upon consideration of the Motion to Dismiss Plaintiff Occidental Chemical Corporation's claims against its Defendants, the Louisiana Public Service Commission, Jack A. "Jay" Blossman, Jr., James M. Field, Lambert C. Boissiere, III, C. Dale Sittig, and Foster L. Campbell, all in their official capacities as Commissioners of the Louisiana Public Service Commission, and Entergy Louisiana LLC, the representations contained therein, and the arguments of Counsel, if any,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that all of Plaintiff Occidental Chemical Corporation's claims against the Louisiana Public Service Commission, Jack A. "Jay" Blossman, Jr., James M. Field, Lambert C. Boissiere, III, C. Dale Sittig, and Foster L. Campbell, all in their official capacities as Commissioners of the Louisiana Public Service Commission (collectively, the "LPSC"), and Entergy Louisiana LLC ("ELL") in Civil Action No. 06-894-JJB-DLD are dismissed with

prejudice. This dismissal releases and discharges the LPSC and ELL of and from any and all claims that Occidental Chemical Corporation ("Occidental") has or may have had against the LPSC or ELL, arising out of or in any manner connected with or related to the events, facts, transactions, or occurrences alleged in this matter, including without limitation any demands, causes of action, damages, and liabilities of every kind and character, whether now known or hereafter discovered, whether anticipated or unanticipated that Occidental has or could have asserted against the LPSC or ELL in this action.

The claims of Carville Energy, LLC against Defendants Entergy Gulf States Louisiana, LLC and the LPSC in Civil Action No. 06-903-JJB-DLD shall remain pending and not be affected by this Order.

The Parties shall each bear their own costs and fees.

Baton Rouge, Louisiana, this **29th** day of **December** 200__ .

PRESIDING JUDGE
MIDDLE DISTRICT OF LOUISIANA
James J. Brady

2